**PAUL R.M. CULLEN, ESQ.**
Nevada Bar No. 12355
**BERTOLDO BAKER CARTER & SMITH**
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 228-2600
Fax: (702) 228-2333
paul@nvlegaljustice.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GALANNA THOMAS, | CASE NO.:  2:20-cv-00916-JAD-BNW |
| Plaintiff, | |
| vs. | **INDIVIDUAL STATUS REPORT** |
| WALMART, INC., a foreign corporation, doing business as WALMART STORE #2884; DOES 1 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff, GALANNA THOMAS, by and through her attorney, PAUL R.M. CULLEN, of the law firm BERTOLDO BAKER CARTER & SMITH, herein submits the following Individual Status Report pursuant to the Court's Minute Order dated May 14, 2021.

## I.    STATUS OF ACTION

Pursuant to the Court's order dated May 14, 2021, the parties have been attempting to finalize settlement documents.  On May 27, 2021, Plaintiff provided comments to the settlement release provided by Defendant. On June 10, 2021, Defendant returned the release with modification. On a June 11, 2021, the undersigned counsel called Defense counsel to finalize terms of settlement. Pursuant to the conversation, the undersigned believes the parties have reached an agreement on the terms of the settlement release. Plaintiff provided Defendant with a proposed Joint Status report to provide to this Honorable Court. The proposed Joint Status report was not returned to Plaintiff prior to the Courts deadline.  As such, Plaintiff provides the current Individual Status Report to update the Court on the current state of the case.

BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
702-228-2600• Fax 702-228-2333

**BERTOLDO BAKER CARTER & SMITH**
7408 West Sahara Avenue
Las Vegas, Nevada 89117
702-228-2600• Fax 702-228-2333

1
2      It is the understanding of Plaintiff that the parties are in agreement with the final language

3      of the settlement release. The undersigned counsel intends on having Plaintiff execute said release.

4      It is the understanding of Plaintiff that Defendant Walmart will be ordering the check to exchange

5      for all settlement documents. Plaintiff requests a 30 day status check to finalize documents and

6      exchange the check for the release.  At that time, a Stipulation and Order to Dismiss should be

7      filed. The parties request a 30 day status check to file the dismissal in this action.

8                **ACTION REQUIRED TO BE TAKEN BY THE COURT**

9      A status check to be held in 30 days to confirm the stipulation and order of dismissal is

10     filed.

11                                    Dated this 11th day of June, 2021.

12                                    **BERTOLDO, BAKER, CARTER & SMITH**

13

14                                    */s/ Paul R.M. Cullen, Esq.*
                                      **PAUL R.M. CULLEN, ESQ.**
15                                    Nevada Bar No. 12355
                                      7408 West Sahara Avenue
16                                    Las Vegas, Nevada  89117
                                      Attorneys for Plaintiff
17                            **Order**

18     IT IS ORDERED that by 7/14/2021 the parties must file either dismissal documents or a

19     joint status report concerning the status of settlement.

20                                    **IT IS SO ORDERED**

21                                    **DATED:** 11:20 am, June 15, 2021

22

23

24                                    **BRENDA WEKSLER**
                                      **UNITED STATES MAGISTRATE JUDGE**
25

26

27

28