**SODW**
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
DANIEL E. JOSLYN, ESQ.
Nevada Bar No. 14725
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
djoslyn@psalaw.net

*Attorneys for Defendant
Walmart, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GALANNA THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign corporation doing business as WALMART STORE #2884; DOES 1 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00916-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 16 |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear

...

...

...

...

...

...

...

...

their own costs and attorney's fees.

DATED this 15T day of June, 2021.    DATED this 14 day of July, 2021.

**BERTOLDO BAKER CARTER & SMITH**    **PHILLIPS, SPALLAS & ANGSTADT**

_____    _____ 14131-for

Paul R.M. Cullen, Esq.    Robert K. Phillips, Esq.
Nevada Bar No. 12355    Nevada Bar No. 11441
BERTOLDO BAKER CARTER & SMITH    Daniel E. Joslyn, Esq.
7408 W. Sahara Avenue    Nevada Bar No. 14725
Las Vegas, NV 89117    PHILLIPS, SPALLAS & ANGSTADT
    504 South Ninth Street
*Attorneys for Plaintiff*    Las Vegas, Nevada 89101
*Galanna Thomas*
    *Attorneys for Defendant*
    *Walmart, Inc.*

**ORDER**

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 16, 2021